UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

LEE WADDELL,                                    Case No.: 12-12411

           Debtor.                              Chapter 7

---

ADAM CONWAY,

           Plaintiff,

  -against-                                      Ad. Pro. No.: 12-90088

LEE WADDELL,

           Defendant.

---

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF ALBANY    )

    **LIZA C. DEMARS,** being duly sworn, deposes and says that she is over the age of 18 years; that she resides in Albany, New York; that she is employed by Tully Rinckey PLLC; that she served the **Answer To Adversary Complaint;** upon the following parties in the following manners:

**VIA ECF ON JANUARY 11, 2013** to the following hereunder:

Conor Brownell on behalf of Plaintiff Adam Conway at ceb@gwlaw.com

Philip J. Danaher, Trustee at danahertrustee@nycap.rr.com, pjd@trustesolutions.com; PJD@trustsolutions.net

**and**

**VIA U.S. MAIL ON JANUARY 11, 2013** to the following hereunder:

Conor Brownell
Ganz, Wolkenbreit & Siegfeld, LLP
One Columbia Circle
Albany, New York  12203

                                                                                    *[signature]*
                                                                                    LIZA C. DEMARS

Sworn to before me this
11th day of January, 2013.

*[signature]*
Notary Public - State of New York

ANITA B. REAGAN
Notary Public, State of New York
Qualified in Saratoga County
Reg. No. 4919869
Commission Expires February 8, 20 14