**GANZ WOLKENBREIT & SIEGFELD LLP**
ATTORNEYS AT LAW
ONE COLUMBIA CIRCLE
ALBANY, NEW YORK 12203
(518) 869-9500 ● FAX: (518) 869-9556
www.gwlaw.com

JED B. WOLKENBREIT
ROBERT E. GANZ
DAVID E. SIEGFELD
CONOR E. BROWNELL
BETH E. CAREY

LIANNE S. PINCHUK
  *COUNSEL*

RICHARD H. FRIEDMAN (1977-2007)

NEW YORK OFFICE
230 PARK AVENUE, SUITE 1000
NEW YORK, NEW YORK 101069
(212) 984-1070 ● FAX: (212) 984-1071

August 26, 2013

(Via ECF)
Hon. Robert Littlefield
United States Bankruptcy Court
U.S. Courthouse
445 Broadway
Albany, NY 12207

Re: Conway v. Waddell
    Case No.: 12-12411
    Adversary proceeding No.: 12-90088-1

Dear Judge Littlefield:

Per my conversation today with Your Honor's chambers, this letter will confirm that a conference call will take place at 11:15 A.M. on Wednesday August 28, 2013 to discuss the present scheduling order for the above adversary proceeding as well as the related matter of the Debtor's compliance with certain requests of the Chapter 7 Trustee. Participating in the call will be myself and the Debtor's attorney, Robert J. Rock, Esq. Your Honor has indicated that you will initiate the call.

If the Court has any other questions or concerns, please do not hesitate to contact me.

Very truly yours,

GANZ WOLKENBREIT & SIEGFELD LLP

Conor E. Brownell
Ceb@gwlaw.com

CEB

cc: cc: Robert J. Rock, Esq.
00073415.WPD