RECEIVED & FILED

SEP 0 5 2013

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re
LEE WADDELL,
          Debtor.

Case No. 12-12411
Chapter 7

---

ADAM CONWAY,
          Plaintiff(s),

vs.

LEE WADDELL,
          Defendant(s).

Adv. No. 12-90088

---

Hon. Robert E. Littlefield, Jr., Chief United States Bankruptcy Judge

## ORDER

A motion pursuant to Federal Rule of Civil Procedure 56, made applicable by Federal Rule of Bankruptcy Procedure 7056, and Local Bankruptcy Rule 7056 (the "Motion") was filed by Adam Conway (the "Plaintiff") on April 1, 2013, seeking an order granting summary judgment on the § 523(a)(6) cause of action in favor of the Plaintiff and against Lee Waddell (the "Debtor/Defendant). A cross-motion for summary judgment and a response in opposition to the Motion was filed by the Debtor/Defendant on April 17, 2013. A hearing was held on April 24, 2013 in connection with the dueling motions. Appearances were made at the hearing by Ganz, Wolkenbreit & Siegreld, LLP (Conor Brownell, Esq.), attorneys for the Plaintiff, and Tully Rinckey PLLC (Robert J. Rock, Esq.), attorneys for the Debtor/Defendant.

**NOW**, after due deliberation and over the opposition of the Plaintiff and the Debtor/Defendant, it is hereby

**ORDERED**, that the Plaintiff's motion for summary judgment is **DENIED**; and it is further

**ORDERED**, that the Debtor/Defendant's cross motion for summary judgment is **DENIED.**

DATED: September 6, 2013

Hon. Robert E. Littlefield, Jr.
Chief United States Bankruptcy Judge